**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**December 22, 2010**

**CASE NUMBER:  CV 10-05684 DMR**
**CASE TITLE:  YOLANDA M MURILLO-v-YOLANDA M MURILLO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/22/10

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 12/22/10

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA