IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yolanda Murillo, | NO. C 10-05684 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Aurora Loan Servs, et al., | |
|       Defendants. | |

This case is set for a Case Management Conference on March 28, 2011. On March 18, 2011, the Court granted Plaintiff's Motion to Proceed *In Forma Pauperis*, as well as dismissing Plaintiff's Complaint with leave to amend. (See Docket Item No. 10.) The Court set **April 11, 2011** as the deadline by which Plaintiff is to file her Amended Complaint. (Id.)

In light of the March 18 Order's dismissal, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the March 28 Conference. The Court will set a future Case Management Conference in its Order addressing Defendants' response to Plaintiff's Amended Complaint, if necessary.

Dated: March 23, 2011

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Renee Reyes De Golier rdegolier@mccarthyholthus.com
Seth Michael Harris seharris@mccarthyholthus.com

Yolanda M. Murillo
543 Bliss Court
San Jose, CA 95136

**Dated: March 23, 2011**                              **Richard W. Wieking, Clerk**

                                                                 **By:   /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                         **Courtroom Deputy**