IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOLANDA M. MURILLO, | NO. 5:10-cv-05684-EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| AURORA LOAN SERVICES, | |
| Defendant(s). | |

On March 18, 2011, Judge James Ware, granted leave for Plaintiff to amend her complaint and set a deadline to file an Amended Complaint on April 11, 2011 (See Docket Item No. 10). On March 23, 2011, Judge James Ware, vacated the previously set case management conference in light of the pending deadline for Plaintiff to file her amended complaint. On April 25, 2011 the case was transferred to this Court for all proceedings (See Docket Item No. 12). To date, Plaintiff has failed to file her Amended Complaint as instructed and the parties have also failed to file a joint case management conference statement pursuant to the April 25 Reassignment Order.

Accordingly, on **September 9, 2011 at 9 a.m.**, Plaintiff shall appear to show cause, if any, by actual appearance in why this case should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b). On or before **September 1, 2011**, Plaintiff shall file with the Court a certification. The certification shall set forth, in factual summary, the reasons why the deadline to file the Amended Complaint passed, and will state what action Plaintiff is taking to continue to prosecute her action or bring this case to a close. Failure to comply with any part of this Order is sufficient to warrant dismissal under Fed. R. Civ. P. 41(b), which is a dismissal on the merits.

**IT IS SO ORDERED.**

Dated: August 17, 2011

EDWARD J. DAVILA
United States District Judge

1

NO. C 10-05684 EJD
ORDER TO SHOW CAUSE RE DISMISSAL

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Yolanda M. Murillo
543 Bliss Court
San Jose, CA 95136

**Dated:   August 17, 2011**                                    **Richard W. Wieking, Clerk**

**By:      /s/ EJD Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

NO. C 10-05684 EJD
ORDER TO SHOW CAUSE RE DISMISSAL