IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YOLANDA M. MURILLO,

    Plaintiff(s),

v.

AURORA LOAN SERVICES, et. al.,

    Defendant(s).

NO. 5:10-cv-05684 EJD

**ORDER DISMISSING CASE WITH PREJUDICE**

On August 17, 2011, the Court ordered Plaintiff Yolanda M. Murillo to show cause why this case should not be dismissed for lack of prosecution after Plaintiff failed to amend her complaint as previously ordered. See Docket Item No. 13. The Court admonished Plaintiff that the Court would dismiss this action with prejudice should he fail to respond or otherwise fail to show good cause.

As of this date, Plaintiff has not complied with the show cause order as directed and did not appear at the hearing on September 9, 2011. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 9, 2011

    EDWARD J. DAVILA
    United States District Judge

1

Case No. 5:10-cv-05684 EJD
ORDER DISMISSING CASE WITH PREJUDICE (EJDLC1)